UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

UNITED STATES OF AMERICA

v.                                              CRIMINAL ACTION NO. 5:25-cr-00136

RAJESH PATEL

**ORDER**

On September 4, 2025, all counsel and the Defendant appeared for a guilty plea hearing. The single-count Information charges the Defendant with knowingly transporting an illegal alien, in violation of 8 U.S.C. § 1324(a)(1)(A)(ii). [Doc. 4]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on September 4, 2025. [Doc. 9]. Objections in this case were due on September 22, 2025. [*Id.*]. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**Doc. 9**] and **DEFERS** acceptance of the plea agreement pending the opportunity to review the Defendant's Presentence Investigation Report. The Defendant is **ADJUDGED** guilty and convicted of violating the statute charged. All dates and case events in the PF&R are adopted.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to the Defendant and their counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

ENTER:  September 26, 2025



Frank W. Volk
Chief United States District Judge